UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN DOUGLAS CAMPBELL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-02277-GMN-VCF<br><br>**ORDER** |

**I.   DISCUSSION**

On December 16, 2020, Plaintiff submitted an application to proceed *in forma pauperis for* inmate, a complaint, and a letter to the Court.  (ECF Nos. 1, 1-1, 1-2).  In his letter at ECF No. 1-2, Plaintiff states that as of December 14, 2020, Plaintiff will no longer be an inmate at High Desert State Prison.  Further, the Nevada Department of Corrections inmate database confirms that Plaintiff is no longer incarcerated.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 1) without prejudice because Plaintiff is no longer incarcerated.  The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* by a non-prisoner on or before **February 19, 2021**.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* by a non-prisoner and instead pay the full filing fee of $402 to proceed with this case.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **February 19, 2021**, Plaintiff shall

either: (1) file a fully complete application to proceed *in forma pauperis* by a <u>non-prisoner</u>; or (2) pay the full filing fee of $402 to proceed with this case.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* by a <u>non-prisoner</u> or pay the full $402 filing fee for a civil action on or before **February 19, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff files a complete application to proceed *in forma pauperis* by a <u>non-prisoner</u> or pays the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: 12-21-2020

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -